[No. 38033-8-I.    Division One.    April 28, 1997.]

MICHAEL D. CULL, ET AL., *Appellants*, v. ST. CLARE
HOSPITAL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 92-2-06871-6, Thomas R. Sauriol, J., entered
November 4, 1994. *Affirmed in part, reversed in part* and
*remanded* by unpublished opinion per Agid, J., concurred
in by Coleman and Ellington, JJ.

[No. 37088-0-I.    Division One.    May 27, 1997.]

HIEN THE TRAN, *as Guardian, Appellant*, v. WILLIAM
M. KENDRICK, *as Superintendent*, ET AL.,
*Respondents*.

GENNIFER L. LILLY, *as Guardian, Appellant*, v.
WILLIAM M. KENDRICK, *as Superintendent*, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-20264-4, Jim Bates, J., entered July 18,
1995. *Affirmed* by unpublished opinion per Agid, J.,
concurred in by Grosse and Becker, JJ.

[No. 37432-0-I.    Division One.    May 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON
SCOTT BELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-01566-9, Richard M. Ishikawa, J., entered
October 2, 1995. *Affirmed* by unpublished opinion per
Kennedy, A.C.J., concurred in by Becker and Ellington,
JJ.